**Victor JURNEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50540.**

Missouri Court of Appeals,
Western District.

Nov. 14, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

## ORDER

PER CURIAM.

After evidentiary hearing, the motion court denied Movant's request to set aside his guilty plea for first degree murder. Movant alleged in the Rule 24.035 motion counsel failed to use the customary skill and diligence in his defense. Judgment affirmed. Rule 84.16(b).